IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| O'NEAL JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 121-065 |
| | ) | |
| BURKE COUNTY DETENTION CENTER, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which objections have been filed. (Doc. no. 11.) The Magistrate Judge recommended dismissing Plaintiff's complaint because the named Defendant, Burke County Detention Center, was an improper party to sue. While Plaintiff does not explicitly state as much, it appears he may want to amend the complaint to substitute Burke County as the defendant as the "employer" of the staff at the Burke County Detention Center. Such a substitution would still fail to state a claim upon which relief can be granted.

To impose § 1983 liability on a county, Plaintiff must show (1) his constitutional rights were violated; (2) the county had a custom or policy constituting deliberate indifference to that constitutional right, and (3) a county policy or custom caused the violation. See McDowell v. Brown, 392 F.3d 1283, 1289 (11th Cir. 2004). Plaintiff makes no showing of any such Burke County custom or policy. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **OVERRULES** Plaintiff's objections, **DISMISSES**

Plaintiff's complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 10th day of August, 2021, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA